B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 13−12810−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Toktogul Magzamovich Zhakselekov | Ludmila Stepanovna Zhakselekova |
| 19120 Windsor Rd | 19120 Windsor Rd |
| Triangle, VA 22172−2419 | Triangle, VA 22172−2419 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−1643                                            Joint Debtor: xxx−xx−2412

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA                                                              Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Toktogul Magzamovich Zhakselekov and Ludmila Stepanovna Zhakselekova are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  September 27, 2013                                                 William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                                  Case No. 13-12810-BFK
Toktogul Magzamovich Zhakselekov                                        Chapter 7
Ludmila Stepanovna Zhakselekova
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0422-9          User: stewarts               Page 1 of 2          Date Rcvd: Sep 27, 2013
                              Form ID: B18                 Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2013.
```
db/jdb         Toktogul Magzamovich Zhakselekov,   Ludmila Stepanovna Zhakselekova,   19120 Windsor Rd,
                 Triangle, VA  22172-2419
11846384       AES/Suntrust Bank,    PO Box 2461,   Harrisburg, PA  17105-2461
11846386      +AT&T Wireless,    7277 164th Ave., NE ,Building 1,    Redmond, WA 98052-7823
11846385       American Medical Collection Agency,    PO Box 2240,   Burlington, NC  27216-2240
11846387      +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
11846390      +Best Practices Inc.,    PO Box 75567,   Baltimore, MD 21275-5567
11846392       CBE Group Inc,   PO Box 2547,   131 Tower Park Dr Ste 100,   Waterloo, IA  50701-9374
11846394       Dominion Law Associates,    222 Central Park Ave Ste 210,    Virginia Beach, VA  23462-3024
11846396       EOS CCA,   700 Longwater Dr,   Norwell, MA  02061-1624
11846395       Ellan Financial,    PO Box 790084,   Saint Louis, MO  63179-0084
11846397       Glasser & Glasser,    PO Box 3400,   Norfolk, VA  23514-3400
11846398       Greenpoint Mortgage,    7933 Preston Rd,   Plano, TX  75024-2302
11846399       Hamim Magdon Ismail,    6869 Saint Albans Rd,    Mc Lean, VA  22101-2810
11846403      +Montclair POA, Inc.,    3561 Waterway Dr,    Dumfries, VA 22025-1000
11846404       Ocwen Loan Servicing,    PO Box 780,   Waterloo, IA  50704-0780
11846405       Pender & Coward,    222 Central Park Ave,   Virginia Beach, VA  23462-3022
11846406       Prince William County Service Authority,    PO Box 2266,   4 County Complex Ct,
                 Woodbridge, VA  22192-9201
11846409      +Segan Mason & Mason,    7010 Little River Tpke,   Annandale, VA 22003-3249
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             EDI: BJMMEIBURGER.COM Sep 28 2013 02:08:00     Janet M. Meiburger,   The Meiburger Law Firm, P.C.,
                 1493 Chain Bridge Road, Suite 201,   McLean, VA  22101-5726
11846388       EDI: BANKAMER.COM Sep 28 2013 02:08:00     Bank of America,    4161 Piedmont Pkwy,
                 Greensboro, NC  27410-8110
11846389       E-mail/Text: bankruptcy@bbandt.com Sep 28 2013 02:34:07     BB&T,   223 Nash St W,
                 Wilson, NC  27893-3801
11846391       E-mail/Text: bankruptcy@bbandt.com Sep 28 2013 02:34:06     Branch Banking & Trust,
                 1410 Coulter Dr NW,   Roanoke, VA  24012-1132
11846393      +EDI: CITICORP.COM Sep 28 2013 02:08:00     Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
11846400      +EDI: RMCB.COM Sep 28 2013 02:08:00     Labcorp,   C/O AMCA,    PO Box 1235,
                 Elmsford, NY 10523-0935
11846401       E-mail/Text: camanagement@mandtbank.com Sep 28 2013 02:35:26     M&T Bank,   One M&T Plaza,
                 Buffalo, NY  14203
11846402       EDI: MID8.COM Sep 28 2013 02:08:00     Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA  92123-2255
11846407      +EDI: PHINRJMA.COM Sep 28 2013 02:08:00     RJM Acquisitions LLC,   575 Underhill Blvd Ste 224,
                 Syosset, NY 11791-4437
11846408       EDI: SALMAESERVICING.COM Sep 28 2013 02:08:00     Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA  18773-9500
11846410       EDI: USBANKARS.COM Sep 28 2013 02:08:00     US Bank,   425 Walnut St,
                 Cincinnati, OH  45202-3956
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Janet M. Meiburger,   The Meiburger Law Firm, P.C.,   1493 Chain Bridge Road, Suite 201,
                McLean, VA  22101-5726
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2013                                      Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0422-9           User: stewarts              Page 2 of 2                  Date Rcvd: Sep 27, 2013
                               Form ID: B18                Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2013 at the address(es) listed below:
          Daniel M. Press    on behalf of Joint Debtor Ludmila Stepanovna Zhakselekova
           dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press    on behalf of Debtor Toktogul Magzamovich Zhakselekov dpress@chung-press.com,
           pressdm@gmail.com
          Janet M. Meiburger    trustee@meiburgerlaw.com,   VA41@ecfcbis.com
          Janet M. Meiburger    on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com,
           VA41@ecfcbis.com
                                                                                         TOTAL: 4